from: Emmanuel Adeyinka
P.O. box 8131
Portland OR 97207

U.S. POSTAGE PAID
FCM LG ENV
PORTLAND, OR
97204
JUL 11, 22
AMOUNT
$1.68
1029
32202
R2304N118303-03

To: Clerks office
300 North Hogan Street
Jacksonville, florida 32202